FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 27, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAITHAM ALMHANA, and A.H. and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>TRESTLE CREEK, LLC; GREYSTAR MANAGEMENT SERVICES, LP; and REBEKAH GIFFORD,<br><br>Defendants. | NO:  2:20-CV-399-RMP<br><br>ORDER GRANTING STIPULATED MOTION FOR EXPANSION OF PROTECTIVE ORDER |

BEFORE THE COURT is the parties' Stipulated Motion for Expansion of Protective Order, ECF No. 29.  Having reviewed the protective order and stipulated motion, the Court finds good cause to grant the stipulated motion and enter the agreed-upon stipulation.

Accordingly, **IT IS ORDERED**: The parties' Stipulated Motion for Expansion of Protective Order, **ECF No. 29**, is **GRANTED**.

The Stipulated Protective Order, ECF No. 26, is expanded as follows:

ORDER GRANTING STIPULATED MOTION FOR EXPANSION OF PROTECTIVE ORDER ~ 1

1. <u>"CONFIDENTIAL" MATERIAL</u>

In addition to the medical records of A.H., one of the plaintiff's in this case, and referring to the plaintiff as A.H., the following materials and information shall also be deemed Confidential: Greystar and Trestle Creek's policies and procedures; all personal information of non-party tenants including but not limited to, personal address, email, telephone number, social security, and financial documentation; employee personnel information including but not limited to, employment application, background check, drug testing, performance evaluations, discipline, employment benefits, leave of absence information and records, and any and all other materials and information marked "CONFIDENTIAL" by a party.

The confidentiality obligations imposed by this agreement shall remain in effect until a designating party agrees otherwise in writing or a court orders otherwise.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** July 27, 2021.

                          *s/ Rosanna Malouf Peterson*
                          ROSANNA MALOUF PETERSON
                             United States District Judge