FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 17, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAITHAM ALMHANA, and A.H., and the marital community comprised thereof,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRESTLE CREEK, LLC; GREYSTAR MANAGEMENT SERVICES, LP; and REBEKAH GIFFORD,<br><br>    Defendants. | No. 2:20-CV-00399-SAB<br><br>**ORDER DISMISSING CASE** |

    Before the Court are the parties' Stipulation and Order of Dismissal as to Rebekah Gifford with Prejudice, ECF No. 57; and Stipulation and Order of Dismissal as to All Defendants with Prejudice, ECF No. 58. The parties stipulate and request the Court dismiss this matter with prejudice and without awarding either party attorney's fees or costs. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to grant the motion and dismiss this case.

//
//
//
//
//

**ORDER DISMISSING CASE #** 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties Stipulation and Order of Dismissal as to Rebekah Gifford with Prejudice, ECF No. 57, is **accepted** and **entered into the record**.

2. The parties' Stipulation and Order of Dismissal as to All Defendants with Prejudice, ECF No. 58, is **accepted** and **entered into the record**.

3. Plaintiffs' Motion for Summary Judgment, ECF No. 42, is **DISMISSED as moot**.

4. This matter is **DISMISSED with prejudice** and without attorney's fees or costs to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 17th day of August 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE # 2**